| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

MICHAEL ROSS THOMAS,              §
                                  §
            Petitioner,           §
                                  §
*versus*                          §   CIVIL ACTION NO. 1:20-CV-198
                                  §
WARDEN, FCI BEAUMONT,             §
                                  §
            Respondent.           §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner Michael Ross Thomas, a federal prisoner confined in Beaumont, Texas, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On June 16, 2023, the magistrate judge entered a Report and Recommendation in which he recommended denying the petition. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#16) is **ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 19th day of July, 2023

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE